AO 94
(10/82)

**COMMITMENT TO ANOTHER DISTRICT**
(Rule 40, Federal Rules of Criminal Procedure)

FILED
NOV 19 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# United States District Court

| DISTRICT | |
|---|---|
| DOCKET NO. | 1:07-mj-269 DLB |
| MAGISTRATE CASE NO. | |

UNITED STATES OF AMERICA
v.
Lilah Ana Perra

CHARGES AGAINST THE DEFENDANT ARE FILED BASED UPON AN
☐ indictment   ☐ information   ☐ complaint   ☒ Other (specify) Violation of Supervised Release

charging a violation of _____ U.S.C. §

DISTRICT OF OFFENSE: Central District of CA

DATE OF OFFENSE: 2.18.06

DESCRIPTION OF CHARGES:

Violation of Supervised Release.

BOND IS FIXED AT $ Detained

EASTERN DISTRICT OF CA
DISTRICT

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

11/16/2007
Date

DENNIS L. BECK, U.S. Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |